FILED
07 DEC 19 PM 3:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'07 CR 3409 H

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |
| JULIO ESPINOZA DE LEON, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about October 30, 2007, within the Southern District of California, defendant JULIO ESPINOZA DE LEON did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 11.28 kilograms (24.82 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

DDL:Fer:San Diego
12/17/07

Count 2

On or about October 30, 2007, within the Southern District of California, defendant JULIO ESPINOZA DE LEON did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 11.28 kilograms (24.82 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 19, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney