```
                                    FILED
                              07 DEC 19 PM 3:07
                           CLERK, U.S. DISTRICT COURT
                        SOUTHERN DISTRICT OF CALIFORNIA

                              BY:    CP         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3403 DMS

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| FERNANDO VELIZ, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Fernando Veliz</u>, Criminal Case No. 07CR2989-DMS.

DATED: December 19, 2007.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney