1  **LEILA W. MORGAN**
   California Bar No. 232874
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Leila_Morgan@fd.org
5

6  Attorneys for Mr. Espinoza De Leon

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE MARILYN L. HUFF)**

11  UNITED STATES OF AMERICA,           ) Case No.  07CR3409-MLH
                                         )
12        Plaintiff,                     )
                                         )
13  v.                                   ) **NOTICE OF APPEARANCE**
                                         )
14  JULIO ESPINOZA DE LEON,              )
                                         )
15        Defendant.                     )
                                         )
16  _____)

17        Pursuant to implementation of the CM/ECF procedures in the Southern District of California ,

18  Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead

19  counsel in the above-captioned case.

20                                      Respectfully submitted,

21

22  Dated:  January 23, 2008              /s/   *Leila W. Morgan*
                                         **LEILA W. MORGAN**
23                                       California Bar No. 216165
                                         Federal Defenders of San Diego, Inc.
24                                       225 Broadway, Suite 900
                                         San Diego, CA  92101
25                                       Telephone: (619) 234-8467
                                         Facsimile: (619) 687-2666
26                                       Leila_Morgan@fd.org

27                                       Attorneys for Mr. Espinoza De Leon

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED:  January 23, 2008             */s/ Leila W. Morgan*
                                     **LEILA W. MORGAN**
                                     Federal Defenders of San Diego, Inc.
                                     Leila_Morgan@fd.org

2