**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: Leila_Morgan@fd.org

Attorneys for Mr. Espinoza De Leon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3409 |
| Plaintiff, | DATE: January 28, 2008 |
| v. | TIME: 2:00 p.m. |
| JOSE ESPINOZA DE LEON, | NOTICE OF MOTIONS AND MOTIONS: |
| Defendant. | (1) TO DISMISS THE INDICTMENT DUE TO THE GRAND JURY'S BEING IMPROPERLY CHARGED; (2) TO COMPEL DISCOVERY; (3) TO PRESERVE AND REWEIGH NARCOTICS EVIDENCE; AND (4) TO GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:  KAREN HEWITT, UNITED STATES ATTORNEY; AND
     RANDY K. JONES, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on January 28, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Jose Espinoza De Leon, by and through his counsel, Leila W. Morgan, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Jose Espinoza De Leon, by and through his attorneys, Leila W. Morgan, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules

of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Dismiss the indictment due to the grand jury's being improperly charged;
2) Compel discovery
3) To Preserve and Reweigh Narcotics Evidence;
4) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: January 22, 2008

/s/ *Leila W. Morgan*
**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Espinoza De Leon
Leila_Morgan@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Randy K. Jones
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Randy.Jones@usdoj.gov

Dated: January 23, 2008              /s/ *Leila W. Morgan*
                                     LEILA W. MORGAN
                                     Federal Defenders
                                     225 Broadway, Suite 900
                                     San Diego, CA 92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     Leila_Morgan@fd.org