UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 07CR3409-MLH |
| ) | |
| ) | CERTIFICATE OF SERVICE |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **JULIO ESPINOZA DE LEON**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

  Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Randy K. Jones
    Assistant United States Attorney
    880 Front Street
    San Diego, CA 92101

Dated: January 22, 2008

s/ *Leila W. Morgan*
**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail: Leila_Morganl@fd.org