**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs __JULIO ESPINOZA DE LEON__                    No. __07CR3409-H__

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __July 17, 2008__ and ended on __9/29/08__ ;(   )
_____ and ended on _____ .(   )

__3161(h)__

___ (1)(A)   Exam or hrg for **mental or physical incapacity**                              A

___ (1)(B)   **NARA exam**ination (28:2902)                                                 B

___ (1)(D)   State or Federal trials or **other charges pending**                           C

___ (1)(E)   **Interlocutory appeals**                                                      D

___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                   E

___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                      F

___ (1)(J)   **Proceedings under advisement** not to exceed thirty days                     G

___          Misc proc: Parole or prob rev, deportation, **extradition**                    H

___ (1)(H)   **Transportation** from another district or to/from examination                6
             or hospitalization in ten days or less

✓ (1)(I)    Consideration by Court of **proposed plea agreement**                          7

___ (2)     **Prosecution deferred** by mutual agreement                                    I

___ (3)(A)(B)  **Unavailability of defendant** or **essential witness**                     M

___ (4)     Period of **mental or physical incompetence** of defendant to                   N
            stand trial

___ (5)     Period of **NARA commitment or treatment**                                      O

___ (6)     **Superseding indictment and/or new charges**                                   P

___ (7)     **Defendant awaiting trial of co-defendant** when no severance                  R
            has been granted

___ (8)(A)(B)  **Continuance**s granted per (h)(8)-use "T" alone if more than               T
               one of the reasons below are given in support of continuance

✓ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding                        T1
                 would result in a **miscarriage of justice** and
                 the ends of justice outweigh the best interest
                 of the public and the defendant in a speedy trial.
                 **(Continuance - miscarriage of justice)**
             2) Failure to grant a **continuance** of the trial would result in
                a miscarriage of justice as the defendant has tendered a
                guilty plea to a magistrate judge and is awaiting a
                determination as to whether the plea will be accepted.
                **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)  2) **Case** unusual or **complex**                                          T2

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,        T4
                   or give reasonable time to prepare
                   **(Continuance re counsel)**

___ 3161(I)    Time up to **withdrawal of guilty plea**                                     U

___ 3161(b)    **Grand jury indictment time extended** thirty (30) more days                W

Date __7/17/08__                                    _____
                                                    Judge's Initials